# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1502
Lower Tribunal No. 21-4123-CP-02
_____

**Elio Mencia, etc.,**
Appellant,

vs.

**Scott Jay Feder,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

William M. Tuttle, II, P.A., and William M. Tuttle, II, for appellant.

Scott J. Feder, P.A., and Scott J. Feder, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Bath Club Entm't, LLC v. Residences at Bath Club Maint. Ass'n, Inc., 355 So. 3d 999, 1000 n.1 (Fla. 3d DCA 2023) ("We review a trial court's award of attorney's fees and costs under an abuse of discretion standard."); Soto v. Carrollwood Vill. Phase III Homeowners Ass'n, Inc., 326 So. 3d 1181, 1185 (Fla. 2d DCA 2021) ("Without a stipulation or waiver, the trial court was required to take evidence before making a fee award." (Emphasis added)); Bath Club Entm't, LLC, 355 So. 3d at 1001 ("Plainly, the trial court did not abuse its discretion in awarding appellees their attorney's fees and costs associated with this witness, as the trial court has discretion to accredit the qualifications and the competency of testimony of an expert witness."); DiStefano Const., Inc. v. Fid. & Deposit Co. of Maryland, 597 So. 2d 248, 250 (Fla. 1992) ("[T]he award of attorney's fees is a matter committed to sound judicial discretion which will not be disturbed on appeal, absent a showing of clear abuse of discretion.").